JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COMMITTEE, CONTRACTORS COMPLIANCE FUND, LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, and ADMINISTRATIVE MAINTENANCE FUND, <br><br>  Plaintiffs, <br><br> vs. <br><br> MAUCH ELECTRIC CO, a California partnership, and JOSE LUIS SARINANA and MARCO ANTONIO URBINA, individually and as partners doing business as "MAUCH ELECTRIC CO," <br>  Defendants. | CASE NO.:  CV10-02929 R (CWx) <br><br> ASSIGNED TO THE HONORABLE JUDGE MANUEL REAL <br><br> **JUDGMENT** <br><br> [Fed.R.Civ.Pro. 55(b)(2)] <br><br> DATE:           September 20, 2010 <br> TIME:            10:00 a.m. <br> COURTROOM:  8 |

///

1

[PROPOSED] JUDGMENT

347757

1  Plaintiffs' motion for default judgment came on regularly for hearing on
2  September 20, 2010, in the above-referenced Court, the Honorable Manuel Real, United
3  States District Judge, presiding. All appearances were stated on the record.
4  After full consideration of the evidence and authorities submitted by counsel, and
5  for good cause shown:
6  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiffs,
7  Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the
8  Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles
9  County Electrical Educational and Training Trust Fund, Trustees of the National
10 Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-
11 Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-
12 Management Committee, Contractors Compliance Fund, Los Angeles Electrical
13 Workers Credit Union, and Administrative Maintenance Fund, shall recover from
14 defendants Mauch Electric, Co, a California partnership, and Marco Antonio Urbina, an
15 individual and partner doing business as "Mauch Electric Co" the total sum of
16 **$39,893.31** (consisting of unpaid fringe benefit contributions of $23,082.22,
17 prejudgment interest of $2,607.68, liquidated damages of $5,943.14, and audit fees of
18 $4,758.75, together with attorney's fees of $2,783.51 and costs of $718.01), plus post-
19 judgment interest as provided by law from the date of entry of the judgment herein.

Dated: <u>Sept. 22, 2010</u>                                    _____
                                                                UNITED STATES DISTRICT JUDGE